to be imposed, occupies a position superior to that of an appellate tribunal. Therefore, we will not disturb a sentence imposed by the trial judge unless it constitutes a great departure from the fundamental law and its spirit and purpose, or is out of proportion to the nature of the offense. (*People v. Schmidt*, 10 Ill.2d 221, 139 N.E.2d 726; *People v. Taylor*, 33 Ill.2d 417, 211 N.E.2d 673; *People v. Collins*, 21 Ill.App.3d 800, 315 N.E.2d 916.) These principles have not been violated in the case at bar.

For the foregoing reasons the judgment entered below is affirmed.

Affirmed.

SULLIVAN, P. J., and BARRETT, J., concur.

GEORGE S. LANDFIELD, Plaintiff-Appellant, *v.* MICHAEL J. HOWLETT, Secretary of State, Defendant-Appellee.

(No. 59564; )

First District (5th Division)—October 25, 1974.

PER CURIAM.

George S. Landfield, *pro se.*

William J. Scott, Attorney General, of Chicago (Jerry E. Felsenthal, Assistant Attorney General, of counsel), for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* STEPHEN JOHNSON, Defendant-Appellant.

(No. 59802;

First District (5th Division)—October 25, 1974.

*Rehearing denied December 3, 1974.*